**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:22-cv-01368-JLS-MAA                                    Date: September 20, 2022
Title: SEIU Local 121 RN v. Los Robles Regional Medical Center et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V. R. Vallery | N/A |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:
Not Present                                                              Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND DISMISSING CASE**

Before the Court is a Motion for Default Judgment filed by Plaintiff-Petitioner Service Employees International Union Local 121 RN's ("Plaintiff"). (Mot., Doc. 18, Mem., Doc. 18-1.)  The Court finds this matter appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. R. 7–15.  Therefore, the Court VACATES the hearing scheduled for October 28, 2022, 10:30 a.m.  For the reasons stated below, the Court DENIES Plaintiff's Motion and DISMISSES the case.

Plaintiff filed a Petition and Complaint to Vacate Arbitration Award on February 28, 2022. (Compl., Doc. 1.)  There, Plaintiff petitioned the Court to vacate Arbitrator Richard Ahearn's February 22, 2022 Arbitral Award ("Award"). (Doc. 1-4.) Arbitrator Ahearn's Award suspended "the right of all Union Representatives from entering the premises of the Hospital for 45 days." (*Id.* at 10.)  Plaintiff averred that the Award was contrary to the "clear language of the [Collective Bargaining Agreement ("CBA")] that only allows for a 'limitation or suspension of access rights for specific Union Representatives.'"  (Compl. ¶ 30.)  The Petition and Complaint sought a preliminary injunction, *id.* ¶ 49, but Plaintiff did not move the Court for such relief.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:22-cv-01368-JLS-MAA                                         Date: September 20, 2022
Title:  SEIU Local 121 RN v. Los Robles Regional Medical Center et al

On July 5, 2022, Plaintiff moved for an entry of default judgment against Defendant-Respondent Los Robles Regional Medical Center seeking "to vacate the Arbitration Award on the grounds that (1) the Arbitrator formulated a remedy that conflicted with the express and mandatory terms of the CBA and (2) otherwise engaged in misconduct that deprived the Petitioner of a fundamentally fair hearing."  (Mem. at 1.)

The Award's 45-day suspension became effective on February 23, 2022, the day after the Award was issued.  (Award at 10.)  More than 45 days have passed since February 23, 2022, and Plaintiff's Motion gives no indication that the Award remained in effect on July 5, 2022—or that it currently remains in effect.  Accordingly, the Court concludes that Plaintiff's Motion simply seeks a declaration from this Court that the Award was contrary to the CBA, even though the Award's term has passed.  The passage of time has mooted the question of the validity of the Award and whether Plaintiff is entitled to vacatur of the Award.  What Plaintiff seeks is no longer vacatur, but an advisory opinion.

"A case becomes moot—and therefore no longer a 'Case' or 'Controversy' for purposes of Article III—when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome."  *Already, LLC v. Nike, Inc.*, 568 U.S. 85, 91 (2013) (cleaned up).  "If an intervening circumstance deprives the plaintiff of a personal stake in the outcome of the lawsuit[] at any point during litigation, the action can no longer proceed and must be dismissed as moot."  *Genesis Healthcare Corp. v. Symczyk*, 569 U.S. 66, 72 (2013) (cleaned up).  Here, any ruling by this Court interpreting the CBA would have no legal effect and would amount to an impermissible advisory opinion.  Accordingly, the Court DENIES Plaintiff's Motion and DISMISSES the case.

Initials of Deputy Clerk: vrv